LAW OFFICES
HOWARD A. CHOROST
A PROFESSIONAL CORPORATION
21 EAST SPEEDWAY BOULEVARD
TUCSON, ARIZONA 85705
TEL (520) 792-0011
FAX (520) 844-1196

Email: hchorost@me.com

Howard A. Chorost, Esq.
State Bar of Arizona No. 012663

Attorney for Creditor: Vantage West Credit Union

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Anthony T Alfred and Andrea Lynn Alfred,<br><br>Debtor. | Chapter 13 Proceedings<br><br>Case No. 2:20-bk-02180-MCW<br><br>OBJECTION TO CONFIRMATION OF DEBTORS PROPOSED CHAPTER 13 PLAN<br><br>Re: Docket Entry 6 |

Creditor Vantage West Credit Union enters an Objection to Confirmation of Debtors proposed Chapter 13 Plan filed March 3, 2020 under Docket Entry 6.

Creditor is secured by a purchase money security interest in a 2017 Dodge Durango. Copies of the Contract and perfected lien holder record are attached as Exhibits "A" and "B," respectively. Debtor past due in the amount of approximately $1,531.16. The Principal Balance owing is $36,413.73.

Upon information and belief, Creditor alleges that the replacement value of the subject collateral is approximately $26,436.00. A copy of a Kelly Blue Book Valuation is attached as Exhibit "C."

- 1 -

Creditor objects to Debtors attempt to cram down the value of the vehicle to $21,000.00. Creditor further objects to the proposed amount as and for monthly pre-confirmation adequate protection payments of $200.00.

Creditor requests that valuation be fixed at $26,436.00 and that Debtor be required to tender monthly pre-confirmation adequate protection payments in the amount of $264.36.

Wherefore, Creditor Vantage West Credit Union respectfully requests that Confirmation be denied.

Respectfully Submitted: April 3, 2020.

                                        HOWARD A. CHOROST, P.C.

                                        */s/ Howard A. Chorost, AZ Bar No. 012663*

                                        _____
                                        Howard A. Chorost
                                        Attorney for Creditor
                                        Vantage West Credit Union

Copy of the forgoing mailed/emailed to:

ANTHONY T ALFRED
ANDREA LYNN ALFRED
13728 W RANCHO DR
LITCHFIELD PARK, AZ 85340

THOMAS ADAMS MCAVITY
PHOENIX FRESH START BANKRUPTCY ATTORNEYS
4602 E Thomas Rd, Ste S-9
PHOENIX, AZ 85028
Email: tom@nwrelief.com
melissa@nwrelief.com


RUSSELL BROWN
CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965
Email: ecfmailclient@ch13bk.com

*/s/ Howard A. Chorost, AZ Bar No. 012663*
_____
Howard A. Chorost

# EXHIBIT "A"

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT AND PURCHASE MONEY SECURITY AGREEMENT

FORM# 300
STOCK NO. D70564
DEAL# 1017839

**Buyer(s)/Debtor(s):** ANTHONY TODD ALFRED / ANDREA SMITH ALFRED
**Address:** 13728 W RANCHO DR, LITCHFIELD PARK AZ 85340

**Seller/Creditor:** LHM DODGE RAM AVONDALE
**Address:** 10101 W PAPAGO FWY, AVONDALE AZ 85323

This is an agreement for the installment purchase by you of the Vehicle described below. As used in this Contract, the words "you" and "your" mean the Buyer or Buyers who sign below. The words "we", "us", "our" and "Seller" refer to the Seller whose name and address appear above or to anyone to whom this Contract is assigned (referred to as the "Assignee"). If the Assignee notifies you that it has purchased this Contract, you agree to make all of your payments to the Assignee. This Contract may be cancelled by Seller if it is unable to assign the Contract to any one of the financial institutions with whom Seller regularly does business on terms acceptable to Seller. **BY SIGNING BELOW, YOU ALSO AGREE TO ALL OF THE TERMS ON BOTH SIDES OF THIS CONTRACT. PLEASE READ THE BACK CAREFULLY.**

The Vehicle which you are purchasing is a:

| NEW OR USED | YEAR MODEL | MAKE TRADE NAME | NO. CYL. | BODY TYPE | MODEL # OR SERIES | VEHICLE I.D.# |
|---|---|---|---|---|---|---|
| NEW | 2017 | DODGE | | UT | DURANGO | 1C4RDHDG7HC648866 |

You intend to use the Vehicle primarily for: XX personal, family, or household purposes ("personal use") ☐ commercial, business, agricultural, or other non-personal uses ("commercial use").

**ANNUAL PERCENTAGE RATE** — THE COST OF YOUR CREDIT AS A YEARLY RATE. **3.99 %**

**FINANCE CHARGE** — THE DOLLAR AMOUNT THE CREDIT WILL COST YOU. **$ 8384.05** e

**Amount Financed** — The amount of credit provided to you or on your behalf. **$ 55924.67**

**Total of Payments** — The amount you will have paid after you have made all payments as scheduled. **$ 64308.72**

**Total Sale Price** — The total cost of your purchase on credit including your down payment of $ 5651.87. **$ 69960.59**

Your payment schedule will be:
Number of Payments: N/A / 84 / N/A
Amount of Payments: N/A / 765.58 / N/A
When Payments are Due: Monthly, Beginning 03/21/17

**Insurance:** CREDIT LIFE INSURANCE AND CREDIT DISABILITY INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT, AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST.

| Type | Term | Premium | Signature |
|---|---|---|---|
| Credit Life Insurance | N/A mos. | $ N/A | I want credit life insurance only ___ |
| Disability Insurance | N/A mos. | $ N/A | I want disability insurance only ___ |
| Credit Life and Disability | N/A mos. | $ N/A | I want credit life and disability insurance ___ |
| Joint Credit Life Insurance | N/A mos. | $ N/A | We want joint credit life insurance ___ |
| Joint Credit Life and Single Disability Insurance | N/A mos. | $ N/A | We want joint credit life and single disability insurance ___ |

**Security:** You are giving us a security interest in the Vehicle being purchased.
**Late Charge:** If the Vehicle is purchased for personal use, and a payment is not paid in full within 10 days after it is due, you will pay a late charge not to exceed 5% of the unpaid balance of the installment.
**Prepayment:** If you pay off early, you will not have to pay a penalty.
See the other portions of this Contract for additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

e means an estimate

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (incl. accessories) $ 42187.00 + Sales Tax $ 1808.59 +
   Net Trade-In Deficiency (item 5 if negative) $ 14018.45 to CALIFORNIA RE = Total Cash Price .... $ 58014.04 (1)
2. Other charges included in this sale:
   ** (a) Vehicle Service Contract (Term) 72 / 125,000 to TOTAL CARE AUTO VSC $ 1695.00
   (b) Dealer Documentary Fee ...................................................... $ 399.95
   ** (c) Other (describe) N/A to N/A $ N/A
   ** (d) Other (describe) Tire Fee to LHM DODGE RAM AVONDA $ 5.00
   ** (e) Other (describe) N/A to N/A $ N/A
   ** (f) Other (describe) N/A to N/A $ N/A
   Total .............................................................. $ 2099.95 (2)
3. Payments made on your behalf to Public Officials for Official Fees ............. $ 492.55 (3)
4. Cash Sale Price (sum of items 1, 2 and 3) ........................... $ 60606.54 (4)
5. Trade-in 2016 DODGE JOURNEY 16000.00 -$ 30018.45 = -14018.45 (5)
   Yr. Make & Model    Gross Allowance    Payoff    Net Trade-In (Deficiency)
6. Total Down Payment includes:
   (a) Net Trade-In (item 5) (if negative, insert $0) .......................... $ 0.00
   (b) Cash Down Payment (Includes manufacturer's rebate of $ 3000.00 assigned to Seller) $ 5651.87
   Total Down Payment (a + b) ........................................ $ 5651.87 (6)
7. Unpaid balance of Cash Sale Price (item 4 less item 6) .................... $ 54954.67 (7)
8. Payments made to others on your behalf:
   ** (a) Amounts paid to Insurance Companies for Insurance Premiums:
   (1) Credit Insurance Premiums $ N/A + (2) Property Insurance Premiums $ N/A
   Total ................................................... $ N/A (8a)
   (b) Amounts paid to others:
   ** (1) To: TOTAL CARE AUTO GAP for: GAP $ 895.00 (8b)
   ** (2) To: TOTAL CARE AUTO MAINT for: MAINTENANCE $ 75.00 (8c)
   ** (3) To: N/A for: N/A $ N/A (8d)
   Total Amount Paid to Others (Sum of items 8(a) through 8(d)) ................. $ 970.00 (8)
   **Seller may be retaining a portion of this amount.
9. Amount Financed - Amount of credit you will get (item 7 plus item 8) ......... $ 55924.67 (9)
10. If the "Amount Financed" exceeds $4,600.00 or if the Vehicle is purchased primarily for commercial use, the "Amount Financed" is also the "Final Cash Price Balance" and the "Total of Payments" is also the "Time Balance."
11. **Property Insurance:** You promise to keep the Vehicle insured for its full value against loss or damage with loss payable endorsement in our favor during the time any amount is unpaid under this Contract. YOU MAY OBTAIN YOUR REQUIRED INSURANCE FROM ANY COMPANY ACCEPTABLE TO US. If you purchase your insurance through Seller, the costs and items of coverage are as follows:

    Collision (actual cash value of loss less $ N/A deductible) and Comprehensive
    including fire and theft (cash value of loss less $ N/A deductible)    TERM N/A months    PREMIUM $ N/A
    Other (describe) N/A                                                    N/A months    $ N/A

If you buy insurance through your own agent, the cost is not included in this Contract. Please give us the name and telephone number of the agent you choose:

Agent's Name _____ Telephone Number 8008413000
Agent's Address _____ City _____ State _____

**Promise to Pay:** By signing below, you promise to pay us the Amount Financed, together with finance charges calculated thereon at the Annual Percentage Rate. You agree to make your payments to us set forth in the Payment Schedule shown above. Your final payment may change, depending upon your payment habits. We will apply each payment first to accrued finance charges and late charges and then to reduce your unpaid balance. This means your finance charge will be less when you pay early and more if you pay late. Any necessary adjustments in your total finance charge will be reflected in your final payment. If a payment is not paid in full within 10 days after it is due, you will also pay a late charge. If the Vehicle is purchased for commercial use, the late charge will be 5% of the unpaid balance of the installment; if the Vehicle is purchased for personal use, the late charge will not exceed 5% of the unpaid balance of the installment.

**Security Interest:** To protect us if you do not pay as promised, or if you break some other promise of this Contract, you give us a purchase money security interest in the Vehicle, all accessions thereto, and in any proceeds of the Vehicle. If the Vehicle is purchased for commercial use, this security interest also covers all equipment, accessories, and parts (other than accessions) added to the Vehicle. If the Vehicle is purchased for personal use, this security interest covers equipment, accessories, and parts (other than accessions) added to the Vehicle within 10 days of the date of this Contract. You also give us a security interest in the proceeds of any physical damage insurance policy on the Vehicle; all insurance, maintenance, service, or other contracts we finance for you; and all proceeds from insurance, maintenance, service, or other contracts we finance for you, including any refunds of premiums or charges from the contracts. This security interest does not cover any other debts you owe us, and this debt is not covered by any other security interest held by us. **NOTICE: BY GIVING US A SECURITY INTEREST IN THE VEHICLE DESCRIBED ABOVE, YOU WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM THE VEHICLE EXEMPT FROM LEGAL PROCESS.**

**LIMITATIONS/EXCLUSIONS OF PRODUCT WARRANTIES**
(a) For "new" vehicles: (1) If the Vehicle is purchased for personal use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose unless Seller also gives you a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a service contract, on its own behalf, with you which applies to the Vehicle. In that event, any implied warranties arising from the sale of the Vehicle shall be limited to the duration of a Seller's written warranty or service contract; (2) If the Vehicle is purchased for commercial use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose. The vehicle is sold AS IS, except for any express warranties made by Seller, on its own behalf, or by the manufacturer of the Vehicle or of any component parts; (3) In all cases, Seller shall not be liable for any consequential damages arising from any breach of warranty, express or implied.

(b) For "used" vehicles:

(1) Used Car Implied Warranty of Merchantability:

The Seller hereby warrants that the vehicle will be fit for the ordinary purposes for which the vehicle is used for 15 days or 500 miles after delivery, whichever is first, with regard to particular defects disclosed on the first page of this agreement. You (the Purchaser) will have to pay up to $25.00 for each of the first two repairs if the warranty is violated.

(2) Waiver of Used Car Implied Warranty of Merchantability: Due to circumstances unusual to Seller's business, the used motor vehicle which is the subject of this Contract has the particular defects, if any, described below.
**ATTENTION PURCHASER:** Sign here only if the dealer told you that this vehicle has the following problem(s) and that you agree to buy the vehicle on those terms:
ATENCION COMPRADOR: Firme aqui solamente si el vendedor le dijo que el vehículo tiene el siguiente problema(s) y que usted conviene de compra el vehículo bajo estos términos:
1. _____ Buyer/Comprador _____ Date _____
2. _____ Buyer/Comprador _____ Date _____
3. _____

(3) The vehicle is sold "AS IS -- NOT EXPRESSLY WARRANTED OR GUARANTEED" unless Seller gives you a separate written instrument showing the terms of any warranty or service contract given by Seller on its own behalf. If the Vehicle is purchased for personal use, Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earlier, as set forth above, unless Seller also gives you a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a service contract, on its own behalf, with you which applies to the Vehicle. In that event, any implied warranties arising from the sale of the Vehicle shall be limited to the duration of Seller's written warranty or service contract. If the Vehicle is purchased for commercial use, Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earlier. In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied, except for a breach of the implied warranty of merchantability.

**NOTICE TO BUYER: 1.** Do not sign this Contract before you read it or if it contains any blank spaces. **2.** You are entitled to an exact copy of the Contract you sign.
Annual Percentage Rate (APR) for the installment sale of an automobile may be negotiated with the dealership; and the dealership may receive some portion of the finance charge or receive other compensation for providing the financing.
**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT, UNLESS DESCRIBED IN ITEM 11 AND AN APPROPRIATE PREMIUM CHARGE IS SHOWN IN ITEM 8(A) ABOVE.**

SELLER IS REGULATED AND COMPLAINTS CONCERNING THIS CONTRACT MAY BE ADDRESSED TO:
ARIZONA DEPARTMENT OF FINANCIAL INSTITUTIONS
2910 N. 44th STREET, SUITE 310
PHOENIX, ARIZONA 85018
TELEPHONE: (602) 771-2800
Dated this _____ day of FEB , 20 17

Buyer(s) Acknowledge(s) receipt of a fully completed copy of this Contract.
*BUYER _____
*BUYER _____
By _____

FEB 08 2017

02/04/17
02/04/17

*OTHER OWNERS: If a person whose name is on the certificate of title as an owner of the vehicle does not have to be separately liable to pay this debt, please sign below to give us a security interest in the Vehicle, its proceeds, and physical damage insurance policy and any refunds of insurance premiums.

SIGNATURE _____ DATE _____ SIGNATURE _____ DATE _____
THE TRANSACTION WHICH IS THE SUBJECT OF THIS CONTRACT ☐ IS ☐ IS NOT SUBJECT TO A FEE RECEIVED BY A BROKER FROM THE SELLING MOTOR VEHICLE DEALER. IF APPLICABLE, THE NAME OF THE BROKER IS: _____

ASSIGNMENT
Seller hereby assigns this Contract to the below designated Assignee under the terms and conditions of a Dealer Agreement (☐ Recourse XX Non-Recourse) previously entered into between Seller 02/04/17 and in any event in accordance with the terms, conditions and warranties of the Seller's Assignment and Warranty on the reverse side hereto.
SELLER: LHM DODGE RAM AVONDALE
Assignee: Vantage West Credit Union
Form No. 12 ©2005 a d s, INC. (Rev. 6/10)

Case 2:20-bk-02180-MCW   Doc 19   Filed 04/03/20   Entered 04/03/20 10:48:48   Desc
Main Document   Page 5 of 8

AZ  85708
ORIGINAL    ALL RIGHTS RESERVED

# EXHIBIT "B"



## Lien and Title Information Report
### 3254-VANTAGE WEST CREDIT UNION

| | | | |
|---|---|---|---|
| **Account No.** | | **VIN** | 1C4RDHDG7HC648866 |
| **Loan No.** | | **Branch** | |
| **Loan Suffix** | | | |
| **Customer** | ANTHONY T ALFRED | | |
| **Organization ID** | 3254 | **Organization Name** | VANTAGE WEST CREDIT UNION |
| **Lien Start** | 02/15/2017 | **Lien End** | |
| **Original Loan Amount** | $55,924.67 | **Lien Balance Amount** | $36,413.73 |
| **Lien Type** | Retail | **Dealer ID** | |

### Last ELT Transactions

| Received On | |
|---|---|
| 2017-03-01 12:55:32.0 | Add Record - Perfection of Lien |

### Borrower / Lesee Details

| | |
|---|---|
| **Name** | ANTHONY T ALFRED |
| | ANDREA S ALFRED |
| **Address** | 13728 W RANCHO DR,LITCHFIELD PARK AZ,85340 |

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | DODGE |
| **Model** | DURANGO | **Year** | 2017 |
| **Mileage** | 0 | | |

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | 675H017059023 | **Title State** | AZ |
| **Tag Number** | | **VIN** | 1C4RDHDG7HC648866 |
| **Status** | MATCHED | **Match Date** | 03/01/2017 |
| **Lien Expiration Date** | | **Media Type** | Electronic |

### State Information

| | | | |
|---|---|---|---|
| **Name** | ALFRED, ANTHONY TODD | **Lessee** | |
| | ALFRED, ANDREA SMITH | | |
| **Address** | 13728 W RANCHO DR,LITCHFIELD PARK AZ,853407375 | | |
| **Vehicle Type** | | **Make** | DODG |
| **Model** | DUR | **Year** | 2017 |
| **Mileage** | 72 | | |
| **Title State** | AZ | **Title Number** | 675H017059023 |
| **Brands** | | | |

# EXHIBIT "C"



# Reasonable Market Value Report

Report Date: 04/02/2020

Effective Dates:

| REASONABLE MARKET VALUE OF THIS VEHICLE |
|---|
| **2017 Dodge Durango GT Sport Utility 4D** |
| VIN: 1C4RDHDG7HC648866    Reference: |

|  |  |  |
|---|---|---|
|  | Base Value: | $28,706 |
| Value as of: 03/03/2020 | Engine: V6, 3.6 Liter | Included |
| Zip Code: 85340 | Transmission: Automatic, 8-Spd | Included |
| Condition: Good | Drivetrain: RWD | $(1,052) |
|  | Mileage: 60,000 | $(1,388) |
|  | Color: |  |

### Itemized Equipment

| | | | |
|---|---|---|---|
| Power Liftgate Release | Included | Navigation System | Included |
| Hill Start Assist Control | Included | Bluetooth Wireless | Included |
| Traction Control | Included | Uconnect | Included |
| Electronic Stability Control | Included | ParkSense Park Assist | Included |
| ABS (4-Wheel) | Included | Backup Camera | Included |
| Alarm System | Included | Dual Air Bags | Included |
| Keyless Entry | Included | Side Air Bags | Included |
| KEYLESS-GO | Included | F&R Head Curtain Air Bags | Included |
| Air Conditioning | Included | Knee Air Bags | Included |
| Air Conditioning, Rear | Included | Heated Seats | Included |
| Power Windows | Included | Dual Power Seats | Included |
| Power Door Locks | Included | Leather | Included |
| Cruise Control | Included | Third Row Seat | Included |
| Power Steering | Included | Daytime Running Lights | Included |
| Tilt & Telescoping Wheel | Included | Fog Lights | Included |
| AM/FM Stereo | Included | Roof Rack | Included |
| CD/MP3 (Single Disc) | Included | Towing Pkg | $170 |
| SiriusXM Satellite | Included | Oversized Premium Wheels 20"+ | Included |
| | | **Total Itemized Equipment:** | **$(882)** |

**Reasonable Market Value = Kelley Blue Book® Typical Listing*:**     **$26,436**

(Including Color, Mileage and Itemized Equipment)

©2020 Kelley Blue Book® Co., Inc. All rights reserved. 03/03/2020 Edition for 85340. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book® assumes no responsibility for errors or omissions.