Russell Brown
**CHAPTER 13 TRUSTEE**
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012

(602) 277-8996
jmorales@ch13bk.com

April 13, 2021

Anthony T. Alfred
Andrea Lynn Alfred
13728 W. Rancho Dr.
Litchfield Park, AZ 85340

Re: 2:20-bk-02180-MCW

Dear Mr. and Mrs. Alfred:

    This is in response to your request for approval to proceed with a loan modification with Wells Fargo Home Mortgage.

    The Trustee has no objection to the loan modification. The new debt obligation is to be allowed as direct payments to the lender outside the Chapter 13 Plan.

    Sincerely,

Rachel Flinn, Esq. #027000
Staff Attorney for Chapter 13 Trustee