# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

ANTHONY T ALFRED,

and,

ANDREA LYNN ALFRED,

Debtors.

Chapter: 13

Case No. 2:20-bk-02180-MCW

**[PROPOSED] ORDER APPROVING LOAN MODIFICATION AGREEMENT**

On this day, it came before this Court for consideration, the Motion to Approve Loan Modification Agreement ("Motion"). After appropriate notice and opportunity for a hearing, no party in interest having objected to the Motion, the Loan Modification Agreement or its terms and the Respondents having failed to plead or otherwise defend, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Approve Loan Modification Agreement is granted as follows:

1. The Loan Modification Agreement pertaining to the real property commonly known as 13728 W. Rancho Dr, Litchfield Park, AZ 85340 is approved and the Debtors may enter into and finalize the Loan Modification Agreement;

2. Lender shall retain the right of final approval of the terms of Debtors' Loan Modification Agreement;

3. Debtors shall retain the right to reinstate the original terms of the Promissory Note

and/or Deed of Trust in the event that the Loan Modification Agreement is not finalized.

4. Lender may record the Loan Modification Agreement with the proper County Recorder.

IT IS FURTHER ORDERED that, by granting the Motion, this Court expressly makes no findings, conclusions or rulings regarding the legal validity of the terms of the subject loan modification agreement.

**ORDER SIGNED ABOVE**